UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

| | |
|---|---|
| In Re: | ORDER OF DISMISSAL |
| | FOR |
| **Tronox Incorporated** | FAILURE TO PROSECUTE |
| | BANKRUPTCY APPEAL |

-----------------------------------------------------X    21-CV-9425 JPC

FROM:   VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                       BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/02/2021
APPELLANT: Rosa Lee
BANKRUPTCY DOCUMENT #: 9551

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

      _X_  FRBP 8009
      ___  Federal Rules of Civil Procedure (Rule _____)
      _X_  28 U.S.C. 1930 (9), (16)- the requirement to pay a filing fee
      ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

| | |
|---|---|
| Dated:  **June 23, 2022**<br>New York, New York | Vito Genna, Clerk<br>U.S. Bankruptcy Court, SDNY |
| | By:    _s/ Anatin Rouzeau_<br>                Deputy Clerk |

### ORDER

For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

| | |
|---|---|
| Dated     __June 23__   20_22_<br>          New York, New York | _____<br>Judge, United States District Court |

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

| | |
|---|---|
| District Court Document # _____ | Ruby J. Krajick , Clerk<br>District Court, SDNY |
| | By: _____<br>          Deputy Clerk |